UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. URBAN, | ) | CASE NO. 1:16-cv-1166 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| DEFENDANT. | ) | |

Before the Court is the parties' joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and to enter judgment pursuant to Fed. R. Civ. P. 58. (Doc. No. 16.) The joint motion states that:

> Upon remand, the Appeals Council will vacate the findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act during the relevant period prior to September 1, 2013.

(*Id*.)

The parties' joint motion is GRANTED. The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the parties' joint motion, as set forth above.

A Judgment Entry will be separately published.

**IT IS SO ORDERED**.

Dated: November 16, 2016

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**